# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:23-cv-02191-CJC-DFM | Date | January 30, 2024 |
| Title | Natasha Aponte v. OneMain Financial Holdings, Inc. et al | | |

**Present: The Honorable**   CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Rolls Royce Paschal | None Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION AS TO EQUIFAX INFORMATION SERVICES LLC**

It is a plaintiff's responsibility to prosecute its case diligently. That includes, where applicable, promptly (a) filing stipulations extending a defendant's time to respond to the complaint, (b) pursuing default and remedies under Federal Rule of Civil Procedure 55 when a defendant fails to timely respond to the complaint, or (c) dismissing a case the plaintiff has chosen not to pursue for any reason.

Here, the parties filed a stipulation for extension of time to file response as to complaint, yet the deadline for **Defendant Equifax Information Services LLC** to respond to the Complaint has passed and Plaintiff has taken no action. Accordingly, the Court, on its own motion, hereby **ORDERS** Plaintiff to show cause in writing, no later than **February 2, 2024** why this defendant should not be dismissed for lack of prosecution. As an alternative to a written response by Plaintiff, the Court will consider as an appropriate response to this OSC the filing of one of the following on or before the above date:

1. Plaintiff's Request for Entry of Default as to *the Defendant* **or** Defendant's Answer;

2. A stipulation extending *the Defendant's* time to respond to the Complaint that complies with Local Rule 8.3, or

3. A Notice of Voluntary Dismissal (Fed. R. Civ. P. 41) as to the *Defendant*.

No oral argument will be heard on this matter unless ordered by the Court. The Order will stand submitted upon the filing of a timely and appropriate response. Failure to file a timely and appropriate response to this Order may result in dismissal.

\_\_\_ : \_\_\_

Initials of Deputy Clerk   rrp
